IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>DICK EMARD ELECTRIC, INC. dba EMARD ELECTRIC, a California corporation; LUKE EMARD, an individual; EMARD'S ELECTRICAL HOME TECHNICIANS, INC., an entity of unknown form; and EMARD DEVELOPMENT CORPORATION, a California corporation, inclusive,<br><br>        Defendants. | 2:11-cv-00716-GEB-EFB<br><br>ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

The July 21, 2011, Order Continuing Status (Pretrial Scheduling) Conference required Plaintiff to file a motion for default judgment as to Defendants DICK EMARD ELECTRIC, INC. dba EMARD ELECTRIC, a California corporation; EMARD'S ELECTRICAL HOME TECHNICIANS, INC., an entity of unknown form; and EMARD DEVELOPMENT CORPORATION, a California corporation ("the entity defendants") "within forty-five (45) days of the date on which [the] Order [was] filed." (ECF No. 16, 2:1-3.) If Plaintiff failed to timely file the motion for default judgment, the July 21, 2011, Order required "Plaintiff [to] show cause in writing no later than 4:00 p.m. on September 19, 2011, why [the entity defendants] should not be dismissed for failure of prosecution." Id. at 2:3-6.

On September 16, 2011 Plaintiff filed an unnoticed Request for Extension of Time to File Default Judgment, in which it sought an extension of time until November 21, 2011, to file a motion for entry of default judgment as to all defendants. (ECF No. 20.) Plaintiff has not yet filed a motion for entry of default judgment.

Further, the July 21, 2011, Order scheduled a status conference in this case on January 30, 2012, and required the filing of a status report no later than fourteen (14) days prior to the scheduling conference, in which Plaintiff was required to explain the status of the default proceedings. (ECF No. 16, 2:26-3:2.) No status report was filed as ordered.

In light of Plaintiff's apparent failure to prosecute this action, Plaintiff is Ordered to Show Cause ("OSC") in a writing to be filed no later than January 30, 2012 why this action should not be dismissed for failure of prosecution under Federal Rule of Civil Procedure 41(b). The written response shall state whether a hearing is requested on the OSC. If a hearing is requested, it will be held on February 27, 2012, at 9:00 a.m., just prior to the status conference, which is rescheduled to that date and time. A status report shall be filed no later than fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated: January 19, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

2